```
                    UNITED STATES DISTRICT COURT
                    EASTERN DIVISION OF KENTUCKY
```
**CENTRAL DIVISION at FRANKFORT**

| | |
|---|---|
| BETTY FAYE TRIPLETT, )<br>)<br>    Plaintiff, )<br>v. )<br>)<br>MICHAEL J. ASTRUE, )<br>COMMISSIONER OF SOCIAL )<br>SECURITY, )<br>)<br>    Defendant. ) | Civil Case No.<br>3:12-cv-42-JMH<br><br>**JUDGMENT** |

                                      ***

In accordance with the Court's Memorandum Opinion and Order of even date and entered contemporaneously herewith, **IT IS HEREBY ORDERED**:

(1) that the decision of the Commissioner is **AFFIRMED**;

(2) That this action shall be and the same hereby is **DISMISSED AND STRICKEN FROM THE ACTIVE DOCKET;**

(3) That this Order is **FINAL AND APPEALABLE** and **THERE IS NO JUST CAUSE FOR DELAY.**

This the 26th day of December, 2012.



Signed By:
_Joseph M. Hood_
Senior U.S. District Judge